```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DIEGO BAUTISTA,

                                    Plaintiff,

                  -v-

                  **ORDER TO PRODUCE INMATE FOR TELEPHONE CONFERENCE**

CORRECTION OFFICER HIRALDO,

                  22 Civ. 3143 (MKV)

                                  Defendant.

------------------------------------------------------------------x

**HON. MARY KAY VYSCOCIL**
**UNITED STATES DISTRICT JUDGE**

        **IT IS HEREBY ORDERED**: that the Warden or other official in charge of Greene Correctional Facility, located at 165 Plank Rd., Coxsackie, N.Y., 12051, produce inmate Diego Bautista, DIN #22B1418, to a suitable location within the correctional facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendant's counsel on August 31, 2022 at 11:00AM. If the scheduled time and date presents a hardship, the Warden or the Warden's designee must promptly inform counsel for the Defendant who shall coordinate with the Warden or the Warden's designee with respect to mutually convenient times for the conference and advise the Court by status letter regarding the same.

**SO ORDERED.**

*Mary Kay Vyscocil*
HON. MARY KAY VYSCOCIL
UNITED STATES DISTRICT JUDGE
August 15, 2022
New York, New York