USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022



**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LUC C. PIERRE-LOUIS**
*Assistant Corporation Counsel*
phone: (212) 356-2663
fax: (212) 356-3509
lupierre@law.nyc.gov

August 25, 2022

**BY ECF**
The Honorable Mary Kay Vyscocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10013

      Re:      Bautista v. Hiraldo,
                 22-Civ-3143 (MKV)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant Hiraldo in the above-referenced matter. I write jointly with Plaintiff to respectfully request an adjournment of the initial pretrial conference *sine die* pending the filing of a voluntary stipulation of dismissal.

      As requested by Your Honor's Individual Rules and Orders dated July 18, 2022 and August 2, 2022, the undersigned met and conferred with Plaintiff on August 18, 2022 in an effort to ensure the timely filing of a case management. During the scheduled legal call, Plaintiff advised the undersigned that he no longer intends to litigate this matter. The parties agreed to schedule a second legal call to further discuss Plaintiff's intent to withdraw. On August 25, 2022, the parties met again where Plaintiff further emphasized his intent and desire to withdraw this case. The parties called Chambers to raise this matter with Your Honor and were advised to proceed with a filing compliant with the Federal Rules of Civil Procedure. The undersigned mailed a stipulation of dismissal to Plaintiff which will be filed when a signed copy is returned.

      In light of the above, the parties respectfully request that the scheduled conference on August 31, 2022 be adjourned *sine die* pending the filing of a voluntary stipulation of dismissal.

      Thank you for your consideration herein.

> **GRANTED.  The conference scheduled for August 31, 2022 is hereby adjourned.  SO ORDERED.**
>
> Date: 8/25/2022
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Respectfully submitted,

/s/ *Luc C. Pierre-Louis*

**Luc C. Pierre-Louis**
*Assistant Corporation Counsel*
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, N.Y., 10007

cc: Diego Bautista
*Plaintiff Pro Se*
11550565-P
Elmira Correctional Facility
22-B-1418
1879 Davis Street
P.O. Box 500
Elmira, N.Y. 14901-0500
*(via first-class mail)*